■ RELART, LTD. et al., v. REGENT ENTERPRISES, INC., et al.— Motion to dismiss appeal granted, with $10 costs unless the appellants procure the record on appeal and appellants' points to be served and filed on or before October 7, 1959, with notice of argument for the November 1959 Term of

this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.